UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TERRY MICHAEL BRAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:21-CV-95-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff has failed to serve the summons and complaint within 120 days of the filing of the complaint and has failed to effect service of process. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's case is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on December 17, 2021, and Copies To:**
Terry Michael Brand                                             (Sent to 616 Kellam Circle Fayetteville,
                                                                                NC 28311 via US Mail)


DATE:                                              PETER A. MOORE, JR., CLERK
December 17, 2021                         (By) /s/ Nicole Sellers
                                                         Deputy Clerk